UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUILLE STEWART ALEXANDER, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAKS & COMPANY LLC; SAKS INCORPORATED<br><br>Defendants. | Case No.  3:21-cv-02384 VC<br><br>**ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARD**<br><br>Complaint Filed: April 1, 2021 |

Case 3:21-cv-02384-VC   Document 95   Filed 11/22/22   Page 2 of 2

BEFORE THE COURT is the Motion for Approval of Attorneys' Fees and Expenses and Service Award to Class Representative filed by Plaintiff Shaquille Stewart Alexander ("Plaintiff" or "Class Representative"). The Court, having considered the Motion, the arguments of counsel, and good cause appearing therefor,

IT IS ORDERED as follows, and the Court makes the findings set forth below:

1. The Court has jurisdiction over the claims of the Settlement Class members asserted in this proceeding and over all Parties to the action;

2. The Court FINALLY APPROVES Class Counsel's request for attorneys' fees in the amount of twenty-seven and a half percent (27.5%) for a total of $103,125;

3. The Court FINALLY APPROVES Class Counsel's request for costs in the amount of $23,800.09;

4. The Court FINALLY APPROVES a service award to Named Plaintiff Shaquille Stewart Alexander in the amount of $5,000. The Court finds that the award is fair and reasonable for the service he provided to the Settlement Class.

IT IS SO ORDERED.

DATED: November 22, 2022



IT IS SO ORDERED

Judge Vince Chhabria

2.    Case No. 3:21-cv-02384 VC
ORDER AWARDING ATTORNEYS' FEES AND EXPENSES
AND CLASS REPRESENTATIVE SERVICE AWARD