UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUILLE STEWART ALEXANDER, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAKS & COMPANY LLC; SAKS INCORPORATED<br><br>Defendants. | Case No. 3:21-cv-02384 VC<br><br>**JUDGMENT**<br><br>Complaint Filed: April 1, 2021 |

1  The Motions for Final Approval of the Settlement and for Attorneys' Fees and Expenses and
2  Service Award filed by Plaintiff Shaquille Stewart Alexander ("Plaintiff") in the above-captioned
3  Action, came on for hearing on November 17, 2022, the Honorable Vince Chhabria presiding.

4  The Court previously granted Plaintiff's Motion for Preliminary Approval (*see* ECF 79), the
5  Parties have fully briefed the issues regarding final approval and attorneys' fee, costs, and service
6  award, the case has been heard, and the Court has granted final approval of the Settlement. Therefore,
7  the Court HEREBY ORDERS, ADJUDGES, AND DECREES THAT judgment shall be and hereby
8  is entered on the terms set forth in the Court's entered Order Granting Final Approval of Settlement
9  and the Court's entered Order Awarding Attorneys' Fees and Expenses and a Service Award to Class
10 Representative, which are incorporated herein by this reference as though set forth in full.

11 **IT IS SO ORDERED, ADJUDGED, AND DECREED.**

13 DATED: __November 22__, 2022

