UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUILLE STEWART-ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAKS & COMPANY LLC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-02384-VC<br><br>**ORDER REGARDING SETTLEMENT DISTRIBUTION**<br><br>Re: Dkt. No. 100 |

　　　　The parties are ordered to make a better effort to contact the remaining 265 class members who have not cashed their checks. The portion of class members who have not cashed their checks represents almost twenty-five percent of the total class (which has 1,079 class members). The parties shall determine which of these 265 class members still work for the defendant. The parties shall also try to reach out to the remaining class members through other methods, such as by phone, email, and social media. These additional efforts will be paid for out of the 10% attorney's fee holdback. Dkt. No. 94, at 4.

　　　　The deadline for class members to cash checks is extended until December 15, 2023. A further status conference is scheduled for January 19, 2024. The parties will submit a status report on January 12, 2024. That status report shall be accompanied by a declaration from the Settlement Administrator describing what has happened with distribution since the last status report and case management conference.

　　　　The parties are also reminded that the Court's Civil Standing Order requires the Post-Distribution Accounting to be filed *before* distribution of remaining funds to any cy pres recipients. *Contra* Dkt. No. 100, at 2.

**IT IS SO ORDERED.**

Dated: September 15, 2023

_____
VINCE CHHABRIA
United States District Judge